# UNITED STATES DISTRICT COURT

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 21, 2016

SEAN F. McAVOY, CLERK

for

Eastern District of Washington

| U.S.A. vs. | Adolfo Ochoa-Cortez | Docket No. | 0980 1:16CR02017-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Adolfo Cortez-Ochoa, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 17th day of October 2016 under the following condition:

**Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant was arrested and charged with fourth degree assault and third degree malicious mischief on December 9, 2016.

PRAYING THAT THE COURT WILL TAKE NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:     December 21, 2016

by     s/Linda Leavitt

Linda Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[  ]     No Action
[  ]     The Issuance of a Warrant
[X ]     The Issuance of a Summons
[  ]     The incorporation of the violation(s) contained in this
          petition with the other violations pending before the
          Court.
[  ]     Defendant to appear before the Judge assigned to the case.
[  ]     Defendant to appear before the Magistrate Judge.
[  ]     Other

_M. K. Dimke_

Signature of Judicial Officer

12/21/2016

Date