# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Adolfo Ochoa-Cortez | Docket No. | 0980 1:16CR02017-SAB |

**Petition for Action on Conditions of Pretrial Release**

  COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Adolfo Ochoa-Cortez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Court Judge Mary K. Dimke in the court at Yakima, Washington, on the 17th day of October 2016 under the following condition:

**Condition #1:**
Defendant shall not commit any offense in violation of federal, state or local law.

**Special Condition #4:**
Defendant shall abide by the no contact order entered in the underlying state action.

  RESPECTFULLY PRESENTING PETITION FOR NO ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Failing to abide by pretrial release condition #1 by committing the following traffic infractions on January 17, 2016: Fail to Renew Expired Registration Tabs (case #7Z0114228), Operating a Motor Vehicle without Insurance and Third Degree Driving While License Suspended (case #7Z0114227).

**Violation #2**: Having victim contact at Memorial Hospital in Yakima, Washington on January 20, 2017.

**PRAYING THAT THE COURT WILL TAKE NO ACTION AT THIS TIME**

|   |   |   |
|---|---|---|
|   |   | I declare under the penalty of perjury that the foregoing is true and correct. |
|   |   | Executed on: January 25, 2017 |
|   | by | s/Linda Leavitt |
|   |   | Linda Leavitt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*M. K. Dimke*

Signature of Judicial Officer

1/25/2017

Date